UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-14188-JEM

DAVID POSCHMANN,

    Plaintiff,

v.

DIAMONDHEAD BEACH RESORT, LLC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereto, through counsel, hereby inform the Court that the parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action, and grant the Parties twenty (20) days to finalize their written Settlement Agreement and to submit appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted this 6th day of August, 2018.

| | |
|---|---|
| s/Lee D. Sarkin | s/Stephanie Piderman |
| Drew M. Levitt, Esq. | Stephanie Piderman, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 60414 |
| DML2@bellsouth.net | sp@lydeckerdiaz.com |
| Lee D. Sarkin, Esq. | Katherine Gudaitis, Esq. |
| Florida Bar No. 962848 | Florida Bar No. 106954 |
| Lsarkin@aol.com | kg@lydeckerdiaz.com |
| 4700 N.W. Boca Raton Boulevard | 1221 Brickell Avenue, 19th Floor |
| Suite 302 | Miami, Florida 33131 |
| Boca Raton, Florida 33431 | Telephone (305) 416-3180 |
| Telephone (561) 994-6922 | Facsimile (305) 416-3190 |
| Facsimile (561) 994-0837 | Attorneys for Defendant |
| Attorneys for Plaintiff | |