UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-14188-MARTINEZ/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

DIAMONDHEAD BEACH RESORT, LLC,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 28th day of August, 2018.

| s/Drew Levitt | s/Stephanie Piderman |
|---|---|
| Drew M. Levitt, Esq. | Stephanie Piderman, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 60414 |
| DML2@bellsouth.net | sp@lydeckerdiaz.com |
| Lee D. Sarkin, Esq. | Katherine Gudaitis, Esq. |
| Florida Bar No. 962848 | Florida Bar No. 106954 |
| Lsarkin@aol.com | kg@lydeckerdiaz.com |
| 4700 N.W. Boca Raton Boulevard | 1221 Brickell Avenue, 19th Floor |
| Suite 302 | Miami, Florida 33131 |
| Boca Raton, Florida 33431 | Telephone (305) 416-3180 |
| Telephone (561) 994-6922 | Facsimile  (305) 416-3190 |
| Facsimile  (561) 994-0837 | Attorneys for Defendant |
| Attorneys for Plaintiff | |